

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

AQUARIUS JONES
JOHNATHAN BRYANT

CASE NO. 6:24-cr-197-WWB-DCI
18 U.S.C. § 1344
18 U.S.C. § 1708

# INDICTMENT

The Grand Jury charges:

## COUNTS ONE THROUGH SIX
(Bank Fraud)

### A. Introduction

At times material to this Indictment:

1. PNC Financial Services Group, Inc. ("PNC Bank") was a multinational financial institution as defined under 18 U.S.C. § 20 and headquartered in Pittsburgh, Pennsylvania, the accounts and deposits of which were insured by the Federal Deposit Insurance Corporation ("FDIC"), with branches and ATMs located in the Middle District of Florida and elsewhere.

2. Bank of America Corporation ("Bank of America") was a multinational financial institution as defined under 18 U.S.C. § 20 and headquartered in Charlotte, North Carolina, the accounts and deposits of which were insured by the FDIC, with branches and ATMs located in the Middle District of Florida and elsewhere.

### B. The Scheme and Artifice

3. Beginning in or about January 2022, and continuing through in or about July 2022, in the Middle District of Florida, and elsewhere, the defendant,

AQUARIUS JONES,

and others known and unknown to the Grand Jury, did knowingly execute, and attempt to execute, a scheme and artifice to defraud a financial institution, as defined under 18 U.S.C. § 20, and to obtain money, funds, credits, assets, and other property owned by, and under the custody and control of, the financial institution, by means of materially false and fraudulent pretenses, representations, and promises.

### C. Manner and Means of the Scheme and Artifice

4. The manner and means by which the defendant, AQUARIUS JONES, sought to accomplish the scheme and artifice to defraud included, among others, the following:

a. It was part of the scheme and artifice to defraud that AQUARIUS JONES and other scheme participants would and did obtain bank account and debit card information for accounts opened in the names of other individuals (the "facilitating bank accounts and debit cards").

b. It was further part of the scheme and artifice to defraud that AQUARIUS JONES and other scheme participants would and did steal and cause to be stolen checks from various mail collection boxes, receptacles, and depositories operated by the United States Postal Service throughout Florida.

c.   It was further part of the scheme and artifice to defraud that AQUARIUS JONES and other scheme participants would and did alter and cause to be altered the names on some of the stolen checks to match the names on the facilitating bank accounts and debit cards.

d.   It was further part of the scheme and artifice to defraud that AQUARIUS JONES and other scheme participants would and did deposit and cause to be deposited the stolen checks into the facilitating bank accounts, which caused PNC Bank, Bank of America, and other financial institutions to deposit funds into the facilitating bank accounts.

e.   It was further part of the scheme and artifice to defraud that AQUARIUS JONES and other scheme participants would and did misrepresent, hide, and conceal, and cause to be misrepresented, hidden, and concealed, the purpose of acts performed in furtherance of the scheme and artifice to defraud.

### D. Execution of the Scheme

5.   On or about the dates set forth below in each Count, in the Middle District of Florida, and elsewhere, the defendant, for the purpose of executing and attempting to execute the aforementioned scheme to defraud, deposited and caused to be deposited the below identified false and fraudulent checks into PNC Bank and Bank of America accounts opened in the names of the below identified individuals:

| Count | Date of Deposit | Bank | Check Number | Listed Name of Bank Account Holder | Amount |
|---|---|---|---|---|---|
| ONE | 1/26/2022 | PNC Bank | 8464 | R.S. | $8,500.12 |
| TWO | 1/26/2022 | PNC Bank | 146 | E.M. | $9,000.22 |
| THREE | 3/1/2022 | Bank of America | 68674 | M.H. | $370.48 |
| FOUR | 3/17/2022 | PNC Bank | 1522 | B.H. | $8,941.18 |
| FIVE | 3/25/2022 | PNC Bank | 233 | B.H. | $11,200.00 |
| SIX | 4/4/2022 | Bank of America | 141 | M.H. | $800.00 |

All in violation of 18 U.S.C. § 1344.

## COUNT SEVEN
### (Mail Theft)

On or about July 22, 2022, in the Middle District of Florida, and elsewhere, the defendants,

AQUARIUS JONES and
JOHNATHAN BRYANT,

aiding and abetting each other, did knowingly steal, take, and abstract, and attempt to steal, take, and abstract a letter, package, and mail from and out of a letter box, mail receptacle, and authorized depository for mail matter, and abstracted and removed from a letter, package, and mail an article and thing contained therein.

In violation of 18 U.S.C. §§ 1708 and 2.

## FORFEITURE

1. The allegations contained in Counts One through Seven are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(2)(A), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 1344, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation.

3. Upon conviction of a violation of 18 U.S.C. § 1708, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Diane S. Hu
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Orlando Division

THE UNITED STATES OF AMERICA

vs.

AQUARIUS JONES
JOHNATHAN BRYANT

**INDICTMENT**

Violation:

18 U.S.C. § 1344
18 U.S.C. § 1708

A true bill,

_____
Foreperson

Filed in open court this 7th day of August, 2024.

_____
Clerk

Bail   $_____

GPO 863 525